# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYEN-RUANO MYNOR,<br><br>        Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>        Respondents. | CASE NO. 5:26-cv-02006-RGK-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY IN PART AND DISMISS IN PART HABEAS PETITION** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Deny in Part and Dismiss in Part Habeas Petition and any pertinent records as needed.  Petitioner filed no timely objections to the R&R.  The Court thus accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DENIED IN PART and DISMISSED IN PART for the reasons stated in the R&R.  Judgment dismissing this action will be entered accordingly.

IT IS SO ORDERED.

DATED: 7/7/2026        _____

R. GARY KLAUSNER
United States District Judge