**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYEN-RUANO MYNOR, <br><br> Petitioner, <br><br> v. <br><br> J. JOHNSON, et al., <br><br> Respondents. | CASE NO. 5:26-cv-02006-RGK-SK <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed.

The Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DATED: 7/7/2026 _____

_____
R. GARY KLAUSNER
United States District Judge